IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JESUS JIMENEZ,

    Plaintiff,

v.                                                      C.A. NO.:1:10-cv-520-SS

A M PETROLEUM, INC. and ADAM AHMAD,

    Defendants.
_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

    NOW COMES JESUS JIMENEZ, Plaintiff herein, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby gives notice of dismissing this action with prejudice.

                              Respectfully submitted,

                              Ross Law Group.
                              1104 San Antonio Street
                              Austin, Texas 78701
                              Telephone:  (512) 474-7677
                              Facsimile:  (512) 474-5306


                              By: /s/ Charles L. Scalise
                                    Charles Scalise
                                    Texas State Bar No. 24064621
                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2010, I mailed the foregoing document by first-class mail to the following non-CM/ECF participants:

Adam Ahmad individually and as Registered Agent of
A M Petroleum, Inc.
6575 Decker Lane
Austin, Texas 78724

/s/ Charles L.s Scalise
Charles L. Scalise