IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JESUS JIMENEZ,

    Plaintiff,

v.                                                                           C.A. NO.:1:10-cv-520-SS

A M PETROLEUM, INC. and ADAM AHMAD,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Plaintiff's Notice of Dismissal with Prejudice. Having considered the pleading, the Court is of the opinion that the above-styled and numbered cause is hereby DISMISSED WITH PREJUDICE.

SIGNED and ENTERED this 14th day of October, 2010.

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE